| UNITED STATES BANKRUPTCY COURT |
| EASTERN DISTRICT OF NEW YORK |

In re:

Leclerc Beliard,

                      Debtor.

Case No. 1-22-42527-ess
Chapter 13

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE

To Whom It May Concern:

    **PLEASE TAKE NOTICE** that First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A. ("First-Citizens"), a creditor of Leclerc Beliard ("Debtor") in the above-captioned Chapter 13case, by its attorneys, Bronster LLP, demands, pursuant to 11 U.S.C. §§ 1109(b) and Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served or required to be services or required to be served on Signature be served upon the undersigned at the following office address, telephone number and email address:

        Bronster LLP
        156 West 56th Street – Suite 902
        New York, New York 10019
        Tel.: (347) 246-4761
        Attn: J. Logan Rappaport, Esq.
        Email address: lrappaport@bronsterllp.com

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Rules, the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted of conveyed by mail, delivery, telephone or telegraph facsimile transmission or otherwise, which may affect or seek to affect any rights or interest of the above-captioned debtor, any creditor, or any other party in interest in the above case.

    **PLEASE TAKE FURTHER NOTICE,** that this notice of appearance and demand for

service of papers is without prejudice to the rights, remedies, and claims of First-Citizens and shall not be deemed or construed to be a waiver of its rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Signature is or may be entitled, in law or equity, all of which rights, claims, actions defenses, setoffs, and recoupments are expressly reserved.

Dated: October 17, 2022

BRONSTER LLP
Attorneys for First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A.

By: /s/ J. Logan Rappaport
J. Logan Rappaport
156 West 56th Street – Suite 902
New York, New York 10019
Telephone: (347) 246-4761